UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1508
_____

K. L.,
Appellant

v.

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY;
MARQUES FORD; JOHN BOWERS; ABC, INC. 1-10 (Fictitious Entities);
JOHN DOES 1-20 (Fictitious Entities and/or Persons)

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-16-cv-09270)
Honorable Michael A. Shipp, U.S. District Judge

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, *Chief Judge*, McKEE, AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, and PHIPPS, *Circuit Judges*, and STEARNS[*], *District Judge*

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who

---

[*] Judge Stearns's vote is limited to panel rehearing only.

concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Date: August 1, 2022
Lmr/cc: All Counsel of Record